IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC M. ROBINSON,<br><br>         Petitioner,<br><br>vs.<br><br>BRAD JOHNSON, and DOUG PETERSON, Attorney General;<br><br>         Respondents. | **8:19CV43**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on its own motion. On June 15, 2020, an order sent to Petitioner at his last known address in another of his pending cases was returned to this court as undeliverable. (*See* Filing 13, Case No. 8:19CV123.) Petitioner has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Petitioner's whereabouts remain unknown.

    IT IS THEREFORE ORDERED that:

    1.    Petitioner must update his address by **July 9, 2020**. Failure to do so will result in dismissal of this action without prejudice and without further notice to Petitioner.

    2.    The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **July 9, 2020**: check for address.

Dated this 18th day of June, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge