IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC M. ROBINSON,<br><br>    Petitioner,<br><br>vs.<br><br>BRAD JOHNSON, and DOUG PETERSON, Attorney General;<br><br>    Respondents. | **8:19CV43**<br><br>**MEMORANDUM AND ORDER** |

  This matter is before the court on Petitioner Eric M. Robinson's response (filing 29) to the court's June 18, 2020 Memorandum and Order (filing 28) directing Robinson to update his address with the court. Robinson represents that his address has not changed since he last provided his contact information to the court and it is unclear why mail addressed to his current address is being returned as undeliverable. Robinson also notes that he has not "seen none of the orders sent to my 'pauls pauls40@gmail.com' as [he] requested." (Filing 29.)

  The court's records do not indicate that Robinson submitted a request for e-filing rights which would allow him to receive electronic notice of filings in his case. To obtain electronic filing access, Robinson should follow the instructions in NEGenR 1.3(b) which provides:

> (b) **Registration for CM/ECF**.
>
>   (1) **District Court Registration Form**. Before electronically filing a document with the court, an attorney must register with PACER at the following web address: www.pacer.gov. A pro se party, i.e., one not represented by an attorney, to a pending civil case may register with PACER at the following web address: www.pacer.gov.

> Registration constitutes a party's consent to electronic service and waiver of the right to service by personal service or first class mail. Once registration is complete, a login and password are issued by PACER and serve as part of the user's electronic signature on documents filed on the System. *See* NECivR 11.1; NECrimR 49.2.

To be clear, if Robinson wishes to receive notice of filings in his case via e-mail, then he must register for PACER as set forth above.

IT IS THEREFORE ORDERED that:

1. Robinson has complied with the court's June 18, 2020 Memorandum and Order regarding notification of his current address.

2. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The court will conduct this review in its normal course of business.

Dated this 8th day of July, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge